**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ANTHONY RICHARD DANIELS, ) | |
| ID # 1691236, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:14-CV-1032-M (BH) |
| ) | |
| WILLIAM STEPHENS, Director, ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
| Respondent. ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is the *Application to Proceed Without Prepayment of Fees and Affidavit* on appeal, received September 3, 2014 (doc. 17).

( X )   The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED.

(   )   The motion for leave to proceed *in forma pauperis* on appeal should be DENIED because the Petitioner/Appellant has not shown that he is a pauper.

**If the Court denies the request to proceed *in forma pauperis* on appeal, movant may challenge such denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 4th day of September, 2014.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE