IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY RICHARD DANIELS, | ) | |
| ID # 1691236, | ) | |
|     Petitioner, | ) | |
| vs. | ) | No. 3:14-CV-1032-M (BH) |
| | ) | |
| WILLIAM STEPHENS, Director, | ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( X )   The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

(   )   the motion for leave to proceed *in forma pauperis* on appeal is DENIED because movant has not shown that he is a pauper.

(   )   Although this Court has denied movant permission to proceed with this case *in forma pauperis*, movant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.  *See also* Fed. R. App. P. 24(a)(5).

**DATE: January 8, 2015.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS